UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jane Doe #1, a minor, by her mother and next friend, Jane Doe #2,<br><br>    Plaintiff,<br><br>    v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,<br><br>    Defendant. | Civ. Action No. 2:23-cv-876 |

**PLAINTIFF'S DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff Jane Doe #1, through her mother and next friend, Jane Doe #2, files and serves this disclosure statement in compliance with Fed. R. Civ. P. 7.1 and Civil L. R. 7.1. Because Plaintiff, a minor, is filing this action using a pseudonym, Plaintiff will file a separate disclosure statement under seal identifying Plaintiff's full name, pursuant to Civil L. R. 10(c).

Plaintiff is not a corporation.

Attorneys from Davis & Pledl, S.C. and Relman Colfax, PLLC will appear for Plaintiff in this case.

Dated: June 30, 2023

Respectfully submitted,

| | |
|---|---|
| Victoria Davis<br>Robert (Rock) Theine Pledl<br>DAVIS & PLEDL S.C. | /s/ Alexa Milton<br>Alexa Milton<br>Glenn Schlactus**<br>Emily Curran* |

1

1661 N. Water Street, Suite 410
Milwaukee, WI 53202
Phone: (414) 667-0390
vldd@davisandpledl.com
rtp@davisandpledl.com

Nicholas Abbott*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Phone: (202) 728-1888
Fax: (202) 728-0848
amilton@relmanlaw.co
gschlactus@relmanlaw.com
ecurran@relmanlaw.com
nabbottt@relmanlaw.com

*\* *Application for admission to this Court forthcoming*
*Admission to this Court pending*