UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JANE DOE #1, a minor, by her mother
and next friend, JANE DOE #2,**
    **Plaintiff,**

    v.                               Case No. 23-C-0876

**MUKWONAGO AREA SCHOOL
DISTRICT and JOE KOCH, in his
official capacity as Superintendent of
the Mukwonago Area School District,**
    **Defendants.**

---

## **PRELIMINARY INJUNCTION**

    **IT IS ORDERED** that the Mukwonago Area School District, Superintendent Joe Koch, and all officers, employees, and agents of defendants, are hereby restrained from: (1) enforcing against plaintiff any policy, practice, or custom that denies plaintiff access to girls' restrooms at school and school-sponsored events; and (2) taking any formal or informal disciplinary action against plaintiff for using girls' restrooms at school and school-sponsored events. The reason why this injunction issued is because the court found that plaintiff is likely to succeed on the merits of her claims, that she would suffer irreparable harm in the absence of an injunction, and that the balance of harms and the public interest favor issuance of an injunction.

    Dated at Milwaukee, Wisconsin, this 11th day of July, 2023.

                                           /s/Lynn Adelman
                                           LYNN ADELMAN
                                           United States District Judge