# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 10, 2023

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 23-2568 |
| Caption:<br>JANE DOE, #1, a minor, by her mother and next friend, JANE DOE #2,<br>          Plaintiff - Appellee<br><br>v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, Superintendent,<br>          Defendants - Appellants |
| District Court No: 2:23-cv-00876-LA<br>District Judge Lynn Adelman<br>Clerk/Agency Rep Gina M. Colletti<br><br>Date NOA filed in District Court: 08/09/2023 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)