UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE #1, a minor, by her mother and next friend, JANE DOE #2,

        Plaintiff,

v.

MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,

        Defendants.

Civ. Action No. 2:23-cv-876

## ORDER

Upon consideration of Defendants' Expedited Non-Dispositive Motion to Stay Proceedings Pending Appeal ("Motion"), Dkt. 30, and the parties' submissions with respect thereto, it is hereby ORDERED that the Motion is granted in part for good cause shown, and that all proceedings and deadlines in this case are STAYED for sixty days.

It is FURTHER ORDERED that the parties will file a joint status report on or before seven days before the expiration of the stay, indicating whether they seek a further stay of this case.

DATED: 8/30/2023

                                              /s/ Lynn Adelman
                                              Hon. Lynn Adelman
                                              United States District Judge