# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jane Doe #1, a minor, by her mother and next friend, Jane Doe #2,<br><br>    Plaintiff,<br><br> v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,<br><br>    Defendant. | Civ. Action No. _____ |

## DECLARATION OF ALEXA MILTON

I, Alexa Milton, hereby declare as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I am counsel for Plaintiff in the above-captioned case. I am admitted to practice in the Eastern District of Wisconsin.

3. I submit this Declaration in support of Plaintiffs' Memorandum in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

4. Exhibit 1 to this Declaration is a true and correct copy of a May 23, 2023 Email from MASD to Jane Doe #2.

5. Exhibit 2 to this Declaration is a true and correct copy of a May 24, 2023 Letter from T. Baines "to whom it may concern."

6. Exhibit 3 to this Declaration is a true and correct copy of a June 16, 2023 Email from MASD to Jane Doe #2.

1

7. Exhibit 4 to this Declaration is a true and correct copy of a June 19, 2023 Email from C. Bowden to Jane Doe #2.

8. Exhibit 5 to this Declaration is a true and correct copy of a June 22, 2023 Email from C. Bowden to Jane Doe #2.

9. Exhibit 6 to this Declaration is a true and correct copy of a June 22, 2023 Email from Jane Doe #1 to Jane Doe #2.

10. Exhibit 7 to this Declaration is a true and correct copy of a June 22, 2023 Email from A. Schultz to Jane Doe #2.

11. Exhibit 8 to this Declaration is a true and correct copy of a June 28, 2023 Email from Jane Doe #1 to Jane Doe #2.

12. Exhibit 9 to this Declaration is a true and correct copy of a June 28, 2023 Email from B. Kossow to Jane Doe #2.

13. Exhibit 10 to this Declaration is a true and correct copy of a June 29, 2023 Email from B. Kossow to Jane Doe #2.

14. Exhibit 11 to this Declaration is a true and correct copy of a June 27, 2023 Letter from A. Milton to J. Koch.

15. Exhibit 12 to this Declaration is a true and correct copy of a June 28, 2023 Letter from J. Aziere to A. Milton.

16. Exhibit 13 to this Declaration is a true and correct copy of a June 29, 2023 Letter from A. Milton to J. Aziere.

17. Exhibit 14 to this Declaration is a true and correct copy of Policy 5514, adopted by the Mukwonago Area School District on June 26, 2023.

18. On June 29, 2023 I sent Joel Aziere, counsel for Mukwonago Area School District, correspondence advising him that Plaintiff intended to file for a Temporary Restraining Order absent an immediate change in policy allowing ▮ to return to using the girls' restroom at school. I received an automatic out of office notification email from Mr. Aziere in response, directing the recipient to contact his assistant, Katie Mungoven, in his absence. I forwarded the same communication to Ms. Mungoven. I have not yet received a response to this communication.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: June 30, 2023

_____
Alexa Milton
Attorney
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
amilton@relmanlaw.com