UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE #1, a minor, by her mother and next friend, JANE DOE #2,<br><br>              Plaintiff,<br><br>   v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,<br><br>              Defendants. | Civ. Action No. 2:23-cv-876 |

**ORDER**

Upon consideration of the Parties' Joint Status Report and Motion to Extend Stay ("Motion"), Dkt. 37, and the parties' submissions with respect thereto, it is hereby ORDERED that the Motion is granted in part for good cause shown, and that all proceedings and deadlines in this case are STAYED until December 11, 2023.

It is FURTHER ORDERED that the parties will file a joint status report on or before seven days before the expiration of the stay, indicating whether they seek a further stay of this case.

DATED: 10/26/2023

                                                  /s/ Lynn Adelman
                                                Hon. Lynn Adelman
                                                United States District Judge