UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE #1, a minor, by her mother and next friend, JANE DOE #2,<br><br>          Plaintiff,<br><br>  v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,<br><br>          Defendant. | Civ. Action No. 2:23-cv-876 |

**ORDER**

Upon consideration of the Parties' Joint Status Report and Motion to Extend Stay ("Motion"), Dkt. 41, and the parties' submissions with respect thereto, it is hereby ORDERED that the Motion is granted for good cause shown, and that all proceedings and deadlines in this case are STAYED until the U.S. Court of Appeals for the Seventh Circuit issues an order regarding Defendants' appeal of the preliminary injunction issued in this case, Dkt. 16, and returns the case to this Court.

DATED: 12/1/2023

                                                                             /s/ Lynn Adelman
                                                                            Hon. Lynn Adelman
                                                                            United States District Judge