UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE #1, a minor, by her mother and next friend, JANE DOE #2,<br><br>                Plaintiff,<br><br>    v.<br><br>MUKWONAGO AREA SCHOOL DISTRICT and JOE KOCH, in his official capacity as Superintendent of the Mukwonago Area School District,<br><br>                Defendant. | Civ. Action No. 2:23-cv-876 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Lift Stay ("Motion"), Dkt. 48, and the parties' submissions with respect thereto, it is hereby ORDERED that the Motion is granted for good cause shown, and that the Court's order staying all proceedings and deadlines in this case, Dkt. 42, is VACATED for the limited purpose of permitting consideration of Plaintiff's Motion for Voluntary Dissolution of Preliminary Injunction. Plaintiff may file said motion on the docket. All other proceedings and deadlines in this case remain STAYED.

DATED:

                                                                                         Hon. Lynn Adelman
                                                                                         United States District Judge