UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE #1, a minor,
by her mother and next friend, JANE DOE #2,
    Plaintiffs,

  v.

Case No.: 2:23-cv-876

MUKWONAGO AREA SCHOOL DISTRICT,
and JOSEPH KOCH, in his official capacity as
Superintendent of Mukwonago Area School District,

    Defendants.

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to General Local Rule 79(d), Defendants respectfully seek leave to file the following documents under seal:

- An unredacted version of Exhibit 1 to the Declaration of Joel S. Aziere.

This document is the individualized educational program (IEP) for Jane Doe #1. This document contains the unredacted names of Jane Doe #1 and Jane Doe #2, who have filed this action under pseudonyms pursuant to Civil Local Rule 10(c). In addition, Jane Doe #1 is a minor and this District's rules require the redaction of minors' names. Redaction of this document to only the initials of Jane Doe #1 and Jane Doe #2 would be insufficient because it would have the effect of revealing the identity of Jane Doe #1. And, the Court has previously granted Plaintiff's motion to file under seal similar unredacted versions of documents containing the names of Jane Doe #1 and Jane Doe #2.

Furthermore, the IEP constitutes a pupil record protected from public disclosure under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. FERPA restricts the disclosure of personally identifiable information from a student's education records without the

consent of the parent or eligible student. Because every portion of the IEP constitutes a pupil record, redaction would not be sufficient for protecting the interests of Plaintiff or complying with FERPA.

Defendants therefore request the Court grant this motion for leave to file Exhibit 1 to the Declaration of Joel S. Aziere under seal.

Dated this 28th day of July, 2025.

> Respectfully Submitted,
>
> BUELOW VETTER BUIKEMA OLSON
> & VLIET, LLC
>
> */s/ Joel S. Aziere*
> Joel S. Aziere (WI Bar No. 1030823)
> jaziere@buelowvetter.com
> Hunter M. Cone (WI Bar No.: 1123048)
> hcone@buelowvetter.com
>
> **Buelow Vetter Buikema Olson & Vliet, LLC**
> 20855 Watertown Road, Suite 200
> Waukesha, Wisconsin 53186
> Telephone: (262) 364-0250
> Facsimile: (262) 364-0270
>
> *Attorneys for Defendants Mukwonago Area School District and Joseph Koch*