# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

August 4, 2025

*Before*
DIANE S. SYKES, *Chief Judge*

| No. 23-2568 | D.P., a minor, by her mother and next friend, A.B., <br>      Plaintiff - Appellee <br><br> v. <br><br> MUKWONAGO AREA SCHOOL DISTRICT and JOSEPH KOCH, Superintendent, <br>      Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00876-LA <br> Eastern District of Wisconsin <br> District Judge Lynn Adelman ||

Upon consideration of the **MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF WOMEN'S DECLARATION INTERNATIONAL USA IN SUPPORT OF DEFENDANTS – APPELLANTS**, filed on July 24, 2025, by attorney Kara Dansky,

**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus curiae brief.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)