UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE #1, a minor,
by her mother and next friend, JANE DOE #2,

    Plaintiff,

      v.

Case No.: 2:23-cv-876

MUKWONAGO AREA SCHOOL DISTRICT,
and JOSEPH KOCH, ,

    Defendants.

**WITHDRAWAL OF DEFENDANTS' EXPEDITED NON-DISPOSITIVE MOTION TO STAY PROCEEDINGS PENDING DEFENDANTS' DISPOSTIVE APPEAL, OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING THE OUTCOME OF THE *MARTINSVILLE* APPEAL**

Defendants hereby withdraw their Expedited Non-Dispositive Motion To Stay Proceedings. [Dkt. #70].

Dated this 27th day of August, 2025.

    Respectfully submitted,

    */s/ Joel S. Aziere*
    Joel S. Aziere
    jaziere@buelowvetter.com
    Hunter M. Cone
    hcone@buelowvetter.com
    **Buelow Vetter Buikema Olson**
    **& Vliet, LLC**
    20855 N Watertown Road, Suite 200
    Waukesha, WI 53186
    Phone: (262) 364-0300
    Fax: (262) 264-0320

    *Attorneys for Defendants Mukwonago Area*
    *School District and Joseph Koch*

1