UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE #1, a minor,
by her mother and next friend, JANE DOE #2,

       Plaintiffs,

  v.

MUKWONAGO AREA SCHOOL DISTRICT,
and JOSEPH KOCH, in his official capacity as
Superintendent of Mukwonago Area School District,

       Defendants.

Case No.:    2:23-cv-876

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil Local Rule 7(k), Defendants, Mukwonago Area School District and Joeseph Koch (collectively "Defendants") hereby submit this Notice of Supplemental Authority.

On November 6, 2025, the United States Supreme Court issued its decision in *Trump v. Orr, No.* 25A319., 2025 BL 398202 (U.S. Nov. 6, 2025), granting the federal government's application to stay a district court injunction that had enjoined enforcement of a "policy requiring all new passports to display an individual's biological sex at birth." A copy of the Court's decision is attached hereto as Exhibit A.

The Supreme Court's decision in *Trump v. Orr* is directly relevant to Defendants' pending Motion for Judgment on the Pleadings. Specifically, the following rationale articulated therein:

> Displaying passport holders' sex at birth no more offends equal protection principles than displaying their country of birth – in both cases, the Government is merely attesting to a historical fact without subjecting anyone to differential treatment. *Id*.

Consistent with the Supreme Court's reasoning in *United States v. Skrmetti*, 145 S. Ct. 1816, 222 L. Ed. 2d 136 (2025), *Trump v. Orr* supports Defendants' arguments that transgender

1

individuals do not constitute a suspect class and policies distinguishing between biological males and biological females, while treating both groups equally, do not violate the Equal Protection Clause. [*See generally* Dkt. ##72, 73,82, and 83].

Dated this 9th day of November, 2025.

Respectfully Submitted,

BUELOW VETTER BUIKEMA OLSON
& VLIET, LLC

_____/s/ Joel S. Aziere_____
Joel S. Aziere (WI Bar No. 1030823)
jaziere@buelowvetter.com
Hunter M. Cone (WI Bar No.: 1123048)
hcone@buelowvetter.com
Buelow Vetter Buikema Olson & Vliet, LLC
20855 Watertown Road, Suite 200
Waukesha, Wisconsin 53186
Telephone: (262) 364-0250
Facsimile: (262) 364-0270

*Attorneys for Defendants Mukwonago Area School District and Joseph Koch*